## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Richard Schauls, | Civil No. 08-4632 (DWF/JJK) |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS TO ANY PARTY** |
| Covidien Inc.,[1] | |
| Defendant. | |

Matthew L. Fling, Esq., counsel for Plaintiff.

Barbara Jean D'Aquila, Esq., and Cynthia A. Bremer, Esq., and Kelly A. Moffitt, Esq., Fulbright & Jaworski LLP, counsel for Defendant.

---

Based upon the parties' Stipulation of Dismissal With Prejudice and Without Costs to Any Party (Doc. No. 7),

**IT IS HEREBY ORDERED** that the above-captioned action is hereby **DISMISSED** in its entirety, **WITH PREJUDICE** and without costs (including but not limited to: any statutory costs; attorney fees; and/or disbursements) to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  April 27, 2009     s/Donovan W. Frank
                           DONOVAN W. FRANK
                           Judge of United States District Court

---

[1]  The correct name of the Defendant is Tyco Healthcare Group LP d/b/a Covidien.

CASE 0:08-cv-04632-DWF-JJK   Document 8   Filed 04/27/09   Page 2 of 2